UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JUDITH A. AIELLO,

       Plaintiff,

  vs              5:06-CV-1021

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:         OF COUNSEL:

OLINSKY & SHURTLIFF      HOWARD D. OLINSKY, ESQ.
Attorneys for Plaintiff
300 South State Street, Suite 520
Syracuse, NY 13202

SOCIAL SECURITY ADMINISTRATION  VERNON NORWOOD, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

   Plaintiff filed this action in August 2006, pursuant to 28 U.S.C. § 636(b) and Local rule 72.3(d). By Report-Recommendation dated December 18, 20087, the Honorable Gustave J. DiBianco, United States Magistrate Judge, recommended that the decision of the Commissioner be reversed, and the case be remanded for a proper determination of plaintiff's RFC consistent with the Report, analysis of credibility, and development of the record. No objections have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge DiBianco, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that

1. The decision of the Commissioner is REVERSED;

2. This matter is REMANDED to the Commissioner for further proceedings consistent with the Report-Recommendation.

IT IS SO ORDERED.

United States District Judge

Dated:  January 9, 2009
        Utica, New York.